IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SCOTT B. SULLIVAN,

       *Plaintiff*,

vs.

STEVE SULLIVAN, HERBERT McCOWEN, M.D., DIANA RUTHERFORD, SUSAN WILLIAMS, LISA SULLIVAN, MICHELLE SAFFORD, JANET GEREAU, and JONATHAN ALAN KECK II,

       *Defendants*.

Case No. 24-2214-EFM-TJJ

**ORDER**

The Court is familiar with Plaintiff Scott Sullivan's court filings. This case was filed by him *pro se* on May 20, 2024 naming eight defendants (one deceased). Because he sought (and was granted) to proceed without prepayment of fees, the complaint was screened by a United States Magistrate Judge who recommended (Report and Recommendation dated August 13, 2024) dismissal for failure to state a claim, and recommended denial of exercise of supplemental jurisdiction. Plaintiff timely filed a 34-page response to the R&R along with a 99 page "Amended Pleading."

The undersigned District Judge submitted the Amended Complaint (as it was properly characterized) to the Magistrate Judge for further screening. In response she issued a lengthy and comprehensive Report and Recommendation on March 21, 2025, recommending denial of

his request for appointment of counsel, dismissal of his federal claims for failure to state a claim upon which relief may be granted, and declining exercising supplemental jurisdiction over the remaining state law claims. She also recommended not allowing further amendment.

Plaintiff filed a timely response on April 4, 2025, which the Court finds is a rambling narrative largely failing to address the deficiencies noted in the most recent R&R. Therefore, the Court adopts the R&R as its own, dismisses the federal claims, and declines to exercise supplemental jurisdiction over the remaining state law claims. The Plaintiff's request for appointment of counsel is denied for reasons stated in the R&R. Further amendment of claims will not be permitted for reasons stated in the R&R.

**IT IS THEREFORE ORDERED** the Court Adopts the Report and Recommendation, Doc. 10, in its entirety and dismisses the federal claims against all Defendants without prejudice, as set out in Plaintiff's Amended Complaint, DE 7, for failure to state a claim on which relief may be granted and declines to exercise supplemental jurisdiction over the remaining state law claims and dismisses them without prejudice.

**IT IS SO ORDERED.**

Dated this 16th day of April, 2025 in Wichita, Kansas.

This case is closed.

ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE